Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
BRITTNEY DECKER,

       Plaintiff,

-against-

CITY OF NEW YORK, P.O. DAVID MOIX,
JOHN DOE

       Defendants.
--------------------------------------------------------------- X

Civil Action No. 13 CV 0308

**STIPULATION
OF
DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE: 9/25/2013

  **IT IS HEREBY STIPULATED AND AGREED** by and among counsel for plaintiff and defendants that this action shall be discontinued with prejudice with each party to bear their own costs.

  Facsimile signatures shall be construed as originals for all purposes herein.

Dated: New York, New York
   September 24, 2013

_____
Michael Meth, Esq.
**Meth Law Offices**
*Attorney for Plaintiffs*

_____
Kate McMahon
**City Law Department**
*Attorney for Defendants*

So ordered.

/s/ Denise Cote
Sept. 25, 2013

1